### Commonwealth ex rel. Bailey, Appellant, *v.* Russell.

Submitted September 16, 1965.

*Lawrence M. Aglow,* for appellant; *Thomas A. Pitt, Jr.,* Assistant District Attorney, and *A. Alfred Delduco,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Baker, Appellant, *v.* Myers.

Submitted September 13, 1965. *Kenneth Baker,* appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Benjamin, Appellant, *v.* Russell.

Submitted September 13, 1965. *Charles Benjamin,* appellant, in propria persona.

Order affirmed.